

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2020

No. 04-20-00159-CV

**IN RE ROSENBLATT LAW FIRM PC**, Brettonwoods Properties LLC, and James D. Rosenblatt, Relators

Original Mandamus Proceeding[1]

### ORDER

On March 12, 2020, relators filed a petition for writ of mandamus. Relators also filed a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted on March 31, 2020. The real parties in interest filed a response. After considering the petition, the response, and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on March 31, 2020 is lifted.

It is so **ORDERED** on May 6, 2020.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2020.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CI15282, styled *Michael H. Schlatter and Jacquelyn R. Schlatter, Individually and As Trustees of The Schlatter Family Trust v. Rosenblatt Law Firm PC, Brettonwoods Properties LLC, and James D. Rosenblatt*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.